ALLEN WILBUR, Survivor, etc., Respondent, *v.* STEPHEN M. WILBUR, Appellant.

(Argued June 9, 1873 ; decided September 23, 1873.)

THE questions decided in this case were as to the admission and rejection of evidence, and were mostly disposed of in view of the facts and circumstances of the case.

*N. C. Moak* for the appellant.

*A. D. Wait* for the respondent.

GROVER, J., reads for affirmance.
All concur.
Judgment affirmed.